UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Crim. Action No. 2:18 CR 116-2 |
| | : |
| GREGORY PARADIS | : |

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed April 6, 2023. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F. Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

The motion under 28 U.S.C. §2255 to vacate, set aside (Doc.61) is DENIED.  The motion to dismiss Paradis's §2255 Motion, as supplemented by its Amended Opposition (Doc. 63) is GRANTED.

Dated at Burlington, in the District of Vermont, this 9th day of June, 2023.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge